JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NS INT'L TEXTILES, a South Korea Corporation;<br><br>Plaintiff,<br><br>vs.<br><br>TK BROTHERS, INC. d/b/a TRENDY U FASHION AND MIO WHOLESALE, a California Corporation; TAE HYUN KIM, an Individual; TAE Y KIM, an Individual; LEMON TREE TRADING CORP., d/b/a WHOLESALE FAHSION PLACE, a California Corporation; BYOUNG DON LEE, an Individual; VANILLA MONKEY LTD, a California Corporation; SEOK EUN KANG, an Individual; PAPERDOLL WHOLESALE, business entity unknown; and DOES 1-10, inclusive,<br><br>Defendants. | Case No: 2:17-cv-03336-RGK-AGR<br><br>**[~~PROPOSED~~] ORDER RE STIPULATION FOR DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)**<br><br>*Honorable R. Gary Klausner* |

1     The parties having so stipulated and agreed, Defendant TK BROTHERS,
2 INC. d/b/a TRENDY U FASHION and MIO WHOLESALE is hereby dismissed
3 without prejudice and without an award of costs or fees to any party. Each party
4 shall bear its own costs and attorney's fees.

6     IT IS SO ORDERED.

8 Dated: May 11, 2018

                                              */s/ Gary Klausner*

                                       The Honorable R. Gary Klausner
                                       United Stated District Court Judge